UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                        Case No. 23-30425
                                                        Originating No.23CR04025

**DELONTE HARRIS**

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DELONTE HARRIS,** to answer to charges pending in another federal district, and states:

    1. On **October 23, 2023** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Iowa based on an Indictment**. Defendant is charged in that district with violation of **18 USC Section 1951 – Conspiracy to Interfere With Commerce by Robbery and Interference with Commerce by Robbery.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/*Hank Moon*
HANK MOON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 23, 2023